**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BRANCH BANKING AND TRUST COMPANY,**

      **Plaintiff,**

v.                                                                            **Case No: 6:09-cv-1608-Orl-36GJK**

**FM BAYBERRY COVE HOLDING, LLC,**
**TIMOTHY C. JELUS, FM INVESTMENTS,**
**LLC, et al.,**

      **Defendants.**
_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on April 27, 2013 (Doc. 258). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Garnishee Raymond James and Associates, Inc.'s ("Garnishee") Answer to Writ of Garnishment and Motion for Garnishment Fees, filed on April 2, 2013 ("Motion for Garnishment Fees") (Doc. 235). *See* Doc. 258. Specifically, the Magistrate Judge recommends that the Court direct the Clerk to enter judgment in favor of Garnishee and against Plaintiff Branch Banking and Trust Company, and discharge Garnishee from any and all liability related to the Writ of Garnishment filed against it on March 21, 2013 ("Writ of Garnishment") (Doc. 216). *See* Doc. 258. No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees that the Garnishee is entitled to judgment in its favor and should be discharged from any and all liability related to the Writ of Garnishment. *See id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction

with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 258) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. As determined by the Magistrate Judge, Garnishee Raymond James and Associates, Inc.'s Motion for Garnishment Fees (Doc. 235) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Garnishee Raymond James and Associates, Inc. and against Plaintiff Branch Banking and Trust Company.

4. Garnishee Raymond James and Associates, Inc. is hereby **DISCHARGED** from any and all liability related to the Writ of Garnishment filed against it on March 21, 2013 (Doc. 216).

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Gregory J. Kelly